**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Hornthal

                                      Plaintiff,

v.                                                           Case No.: 1:22−cv−07114
                                                                             Honorable Joan B. Gottschall

Whole Foods Market Group, Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 14, 2024:

        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to plaintiff's notice [52] of voluntary dismissal, plaintiff's individual claim and this civil action are dismissed with prejudice. This order does not affect the claims of any other member of the putative class. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.